# Exhibit A

**Exhibit A**

NAVIGANT CONSULTING

# Anthony B. Creamer III, CPA

**Anthony B. Creamer III**
Managing Director

**Navigant Consulting**
1717 Arch Street
Suite 4800
Philadelphia, PA 19103
Cell: 215.327.1067
Tel: 215.832.4444
Fax: 215.832.4401

acreamer@navigantconsulting.com

**Professional History**

- Navigant Consulting, Inc.
  2002 to present
- Arthur Andersen LLP
  1978 to 2002

**Education**

- M.B.A. Drexel University
- B.S. Bloomsburg University

**Professional Associations**

- American Institute of Certified Public Accountants
- Pennsylvania Institute of Certified Public Accountants

**Certifications**

- Certified Public Accountant*
- Certified in Financial Forensics by the American Institute of Certified Public Accountants
- ABV (Accredited in Business Valuation by the American Institute of Certified Public Accountants)

Mr. Creamer is a Managing Director at Navigant Consulting specializing in litigation, dispute analysis and financial investigations services. He has been practicing as a *Certified Public Accountant* (CPA) since 1980. He is also *Accredited in Business Valuation* (ABV) and *Certified in Financial Forensics* (CFF) by the American Institute of Certified Accountants.

## Professional Experience

Throughout his career, Mr. Creamer has performed special investigations, financial audits, purchase and due diligence investigations, corporate recovery and reorganization consulting, regulatory studies, cost accounting studies, and internal control and security reviews. His clients have included public and private companies in banking and financial markets, real estate development, consumer products, health care, insurance and reinsurance, manufacturing, pharmaceuticals, professional services and telecommunications.

In the area of dispute analysis assignments, engagements have included complex liability assessment, fact gathering, financial data analysis, causation determination and economic damages computations in the context of: antitrust, breach of fiduciary duty, false advertising, franchising, fraud, insurance and reinsurance, lender liability, minority shareholder disputes, post acquisition disputes, professional malpractice, securities class action and theft of trade secrets.

In the area of special investigations, Mr. Creamer has worked on behalf of audit committees, special committees of boards and management in a range of accounting practices investigations.

Mr. Creamer has served as a sole arbitrator and party arbitrator.

Mr. Creamer has served as a guest lecturer at Drexel University and the Wharton School (Executive Continuing Education Branch).

** Licensed in Pennsylvania only. Neither Mr. Creamer nor Navigant Consulting provide audit, attest or public accounting services, in this or any other state*

## Professional and Civic Organizations

Mr. Creamer has been involved in professional standard-setting (1984-1986), serving as the Secretary of the International Federation of Accountants, the global organization of the accounting profession in over 100 countries.

Mr. Creamer served two years on the Council of Pennsylvania Institute of Certified Public Accountants (PICPA). Mr. Creamer is a member of the American and Pennsylvania Institutes of Certified Public Accountants. He is a past president of the Philadelphia Chapter of the Institute of Management Accountants (formerly National Association of Accountants).

Mr. Creamer's current civic responsibilities include serving as Treasurer of the Cunningham Dance Foundation (Merce Cunningham Dance Company) and board member of the Philadelphia Committee of Seventy (1992 – 2009). He served six years (1998-2004) as a Trustee of the Philadelphia Bar Foundation. He presently serves as Treasurer of the Pennsylvania Innocence Project.

## Publications and Presentations

Mr. Creamer has given presentations to groups such as PICPA, National Institute for Trial Advocacy, Pennsylvania Bar Institute and the American Bar Association.

## Testimony in Deposition or Court

Mr. Creamer has provided expert testimony in Federal courts; courts in Pennsylvania, New Jersey Chancery, Delaware Chancery, and California; the American Arbitration Association; the International Court of Arbitration of the International Chamber of Commerce. He has been qualified in courts as a CPA, forensic and cost accountant, business valuation and damages assessment expert.

The following is a list of cases in which Mr. Creamer has testified:

» In the *United States District Court for the District of Delaware,* Compaq Computer Corp. v. Packard Bell Electronics, Inc.; Packard Bell Electronics, Inc. v. Compaq Computer Corp. and Ross Cooley (Civil Actions No. 95-222-RRM and 95-607-RRM Consolidated).

» In *American Arbitration Association,* ARAMARK and National Park Service (File 16-114-00083-94).

» In the *Commonwealth Court of Pennsylvania,* Pennsylvania Human Relations Commission, v. School District of Philadelphia, and Harry and Annemarie Gwynne, Aspira of Pennsylvania, v. Commonwealth of Pennsylvania, Thomas J. Ridge, Governor of the Commonwealth of Pennsylvania, the City of Philadelphia and Edward Rendell, Mayor of the City of Philadelphia (No. 1056 C.D. 1973).

» In the *International Chamber of Commerce, International Court of Arbitration,* Seton Company v. Silveroak Industries Limited (Case No. 8971/FMS).

- In the *United States District Court for the Eastern District of Pennsylvania*, Joseph H. Giuffrida v. American Family Brands, Inc.; American Family Brands, Inc. v. Giuffrida Enterprises, Inc., et al. (Civil Actions No. 96-CV-7062 and 96-CV-7256 Consolidated).

- In the *Superior Court of New Jersey, Gloucester County, Chancery Division*, Susan Vosbikian, Individually as the Executrix of the Estate of James T. Vosbikian, v. Jack Vosbikian, International Rollforms, Inc. and Vosbikian Realty Associates (Civil Action, Docket No. GLO-C-000095-94).

- In *American Arbitration Association*, James E. Winner and Donna C. Winner, h/w v. Robert E. Hankey, GPW Two, Inc., The Aspen Group, Inc. and 6100 N. 17th Street, (Civil Action No. 97-CV-3526).

- In *American Arbitration Association*, Claridge at Park Place, Inc. v. Perini/Nugent Joint Venture (AAA No. 18-Y-110-00398-97) consolidated with a matter in arbitration Perini/Nugent Joint Venture v. Central Metals, Inc.

- In the *Court of Chancery for the State of Delaware*, HMG/Courtland Properties, Inc. v. Lee Gray, Martine Avenue Associates, Norman A Fieber, NAF Associates, Betsy Gray Saffell, and James A. Fieber (Civil Action 15789 NC).

- In the *Superior Court of New Jersey, Chancery Division, Middlesex County*, Direct Communications, Inc. v. AWACS, Inc., d/b/a Comcast Metrophone, et al. (Docket No. C-125-99).

- In the *Court of Common Pleas of Bucks County*, Marvin Steinberg v. Conic Corporation, Lockheed Martin Microcom Corporation, Lockheed Martin Conic, Lockheed Martin Corporation, L3 Communications Corporation and L3 Communications Holding, Inc. (Civil Action (Civil Action 97008934 22-1).

- In the *Superior Court of the State of California for the County of Orange*, The Bengard Group, Inc. (formerly Trim Master, Inc.), et al. v. Trim Master, Inc. (formerly Trim Master Co.), et al. and Trim Master, Inc. (formerly Trim Master Co.) v. The Bengard Group, Inc. (formerly Trim Master, Inc.), et al. (Case No. 797567).

- In the *Court of Common Pleas, First Judicial District of Pennsylvania, Civil Trial Division*, Pioneer Commercial Funding Corporation and Bank One, Texas, N.A. v. American Financial Mortgage Corporation, Thomas F. Flatley, Norwest Funding, Inc. and CoreStates Bank, N.A. (Case No. 0885).

- In the *Court of Common Pleas of Montgomery County, Pennsylvania*, in re: W.W. Smith Charitable Trust under Will of William Wikoff Smith, Deceased.

- In the *United States District Court for the District of Delaware*, CP Kelco U.S., Inc. v. Pharmacia Corporation v. Lehman Brothers Merchant Banking Partners II, L.P. Hercules Incorporated, and Hercules 2000, LLC (Civil Action 01-240-RRM).

NAVIGANT CONSULTING



- In the Matter of Arbitration between Sompo Japanese Insurance Inc. (successor to The Nissan Fire & Marine Insurance Co., Ltd.) (Petitioner) and Fortress Re, Inc. (Respondent).
- In the Matter of Arbitration between Fortress Re, Inc. (Petitioner) and Aioi Insurance Co., Ltd. (Respondent).
- In the *United States District Court for the Eastern District of Virginia, Alexandria Division*, Cellco Partnership d/b/a Verizon Wireless v. Nextel Communications, Inc. (Civil Action No. 03-839-A).
- In the *United States District Court for the District of New Jersey*, Bracco Diagnostics Inc., a Delaware corporation, v. Bergen Brunswig Drug Company, Inc., a California corporation (Civil Action No. 3:01cv5777).
- In the *Court of Common Pleas Dauphin County, Pennsylvania*, Douglas R. Colkitt, M.D. and Oncology Services Corporation v. Dechert Price & Rhoads (Civil Action - Law No. 729-S-95).
- In the *Court of Common Pleas of Susquehanna County*, Wilprint Marketing Consultants, Ltd., Inc., C. Richard Lee and Joel M. Levy, Plaintiffs v. Wachovia Bank, Successor by Merger to First Union Bank, Successor by Merger to CoreStates Bank, N.A., Successor by Merger to Meridian Bank and Commonwealth Bank, and Jeffrey Dobbin, Defendants (Civil Action - Law 1998-170 C.P.).
- In the *United States District Court for the Central District of California Southern Division*, The Consulting Group, Inc., a California Corporation, Plaintiff, v. Cingular Wireless LLC, a Delaware limited liability corporation, Defendant; Cingular Wireless LLC, a Delaware Limited Liability Company, Counterclaimant, v. The Consulting Group, Inc., a California Corporation, Counterclaim Defendant (Case No.: SACV 03-109 DOC (MLGx)).
- In the Matter of Arbitration between Oncura, Inc. (successor to Medi-Physics, Inc., d/b/a Nycomed Amersham Imaging) (Claimant) v. Theragenics Corporation (Respondent).
- In the *Superior Court of the State of Delaware, New Castle County* Matter of Cendant Corporation v. Commonwealth General Corporation (Case No.:98C-10-034(CHT))
- In the *American Arbitration Association, New York*, Matter of Continental AG v. Motorola, Inc. (Case No. 50 489 T 0017407)
- In the *United States District Court, District of Connecticut*, RBC Nice Bearings, Inc. and Roller Bearing Company of America et. al., v. SKF USA Inc. (Case No.: 3:06-CV- 1880)
- In the *United States District Court, District of Maryland*, Securities and Exchange Commission v. SBM Investment Certificates, Inc., f/k/a 1st Atlantic Guaranty Corp., SBM Certificate Company, Geneva Capital Partners, LLC, and Eric M. Westbury