# Exhibit B
# FILED SEPARATELY UNDER SEAL