# Exhibit C FILED SEPARATELY UNDER SEAL