# Exhibit D
# FILED
# SEPARATELY
# UNDER SEAL