# Exhibit E FILED SEPARATELY UNDER SEAL