# Exhibit F
# FILED SEPARATELY UNDER SEAL