# Exhibit G
# FILED SEPARATELY UNDER SEAL