# Exhibit H
# FILED SEPARATELY UNDER SEAL