# Exhibit I
# FILED SEPARATELY UNDER SEAL