# Exhibit J
# FILED SEPARATELY UNDER SEAL