# Exhibit K
# FILED SEPARATELY UNDER SEAL