# Exhibit L
# FILED SEPARATELY UNDER SEAL