# Exhibit O
# FILED SEPARATELY UNDER SEAL