# Exhibit P
# FILED SEPARATELY UNDER SEAL