# Exhibit Q
# FILED SEPARATELY UNDER SEAL