# Exhibit R
# FILED SEPARATELY UNDER SEAL