# Exhibit S
# FILED SEPARATELY UNDER SEAL