# Exhibit T
# FILED SEPARATELY UNDER SEAL