# Exhibit U
# FILED SEPARATELY UNDER SEAL