# Exhibit V
# FILED SEPARATELY UNDER SEAL