# Exhibit W
# FILED SEPARATELY UNDER SEAL