# Exhibit X
# FILED SEPARATELY UNDER SEAL