# Exhibit Y
# FILED SEPARATELY UNDER SEAL