# Exhibit Z
# FILED SEPARATELY UNDER SEAL