# Exhibit CC

**BAE SYSTEMS**

# NEWS RELEASE

## BAE Systems Receives Contract Worth $28 Million to Produce Lightweight Helmets for the U.S. Marine Corps

30 Mar 2010 | Ref. 069/2010

**PHOENIX, Arizona - BAE Systems has been awarded a $28 million contract by the Defense Logistics Agency to manufacture 120,000 lightweight helmets (LWH) for the U.S. Marine Corps. The contract also Includes an option for an additional 120,000 lightweight helmets.**


Lightweight Helmet

Weighing less than four pounds, BAE Systems' LWH replaces the Personnel Armor System Ground Troops helmet and represents the latest in high-performance combat helmet protection.

"Although it may not look much different from other helmets, the LWH offers significant improvements to Marines," said Greg Kraak, Director of U.S. Military Programs, Personnel Protection Systems for BAE Systems' Security & Survivability business. "Our LWH provides Marines with greater ballistic protection in a lighter, more comfortable helmet."

"The LWH contract represents yet another opportunity for us to support America's Marines, as well as solidify our position as a leader in military helmet manufacturing," said Kraak. "Whether we're designing a better helmet, lighter body armor systems or integrating power systems for our troops, the science of survivability is our business."

All helmet work will be performed in Jessup, Pennsylvania at BAE Systems' Personnel Protection Systems business. Production is slated to get underway in the fall, with deliveries expected to be completed in early 2011. The Jessup site has been producing combat helmets since 1983. In addition to LWH, the company produces the Enhanced Combat Helmet, Combat Vehicle Crewmen helmets and the Advanced Combat Helmet. More than 600,000 of the company's helmets have been fielded to U.S. Soldiers and Marines.

BAE Systems' Security & Survivability business is a leader in protection, security and survivability systems for land, air and naval applications. It is a technology leader in lightweight materials, including composites, ceramic and transparent armor technologies; integrated vehicle armor systems; vehicle and aircraft survivability components and accessories; and soldier protection equipment, sold primarily to the government and other defense contractors.

### About BAE Systems

BAE Systems is a global defense, security and aerospace company with approximately 107,000 employees worldwide. The Company delivers a full range of products and services for air, land and naval forces, as well as advanced electronics, security, information technology solutions and customer support services. In 2009 BAE Systems reported sales of £22.4 billion (US$ 36.2 billion).

### For further information, please contact

Jennifer Robinson, BAE Systems
Tel: +1 513 341 4073 Mobile: +1 513 833 5389
jennifer.s.robinson@baesystems.com

Susan Lenhardt, BAE Systems
Tel: +1 301 838 6907 Mobile: +1 703 850 1621
susan.lenhardt@baesystems.com

www.baesystems.com

Copyright © 2006 - 2010 BAE Systems. All rights reserved