# Exhibit DD
# FILED SEPARATELY UNDER SEAL