# Exhibit EE
# FILED SEPARATELY UNDER SEAL