# Exhibit FF FILED SEPARATELY UNDER SEAL