# Exhibit GG FILED SEPARATELY UNDER SEAL