# Exhibit HH

# MEASURING Commercial Damages

PATRICK A. GAUGHAN

This book is printed on acid-free paper. ♾

Copyright © 2000 by John Wiley & Sons, Inc. All rights reserved.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4744. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ@WILEY.COM.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*Library of Congress Cataloging-in-Publication Data:*
Gaughan, Patrick A.
Measuring commercial damages / Patrick A. Gaughan.
p. cm.
Includes index.
ISBN 0-471-35730-8 (alk. paper)
1. Lost profits damages—United States. 2. Business losses—United States. 3. Damages—United States. I. Title.
KF1250.G35 1999
658.15'5—dc21 99-38747

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

# 5

# PROJECTING LOST REVENUES

In most cases, lost profits can be measured by first projecting lost incremental revenues and then applying a relevant profit margin to the projected lost revenues. This margin should reflect all the incremental costs that would have been incurred in an effort to achieve the forecasted incremental revenues. This chapter focuses on the first step of this process—the revenue projection. It covers the various projection techniques, from basic to more sophisticated ones, that can be used to create a "but for" revenue stream over the relevant loss period. This chapter also discusses the court's position on the use of these methods and related issues such as the data on which the forecast is based. Finally, the chapter focuses on the special cases of forecasting "but for" revenues when data are very limited, as when the plaintiff is a newly established or an unestablished business.

## PROJECTIONS VERSUS FORECASTS: ECONOMIC VERSUS ACCOUNTING TERMINOLOGY

Economists tend to use the terms projections and forecasts interchangeably. For example, this was purposely done in the introduction to this chapter. Accountants, however, attach very different meanings to these two terms. When preparing prospective financial statements, accountants consider a financial forecast to be their best judgment of what is going to happen. This forecast can be a range or a point estimate.[1] In projections, however, accountants consider "what if" events and put forward financial data based on hypothetical assumptions.[2] Several possible scenarios can be considered in projections. Only the most likely, however, are included in an accountant's financial forecast.

---

[1] AICPA Guide.

[2] Don Pallais and Stephen D. Holton, *A Guide to Forecasts and Projections* (Fort Worth, TX: Practitioners Publishing Company) 1993, 1-10–1-11.

Clearly, when trying to establish a nonspeculative measure of damages, courts are more interested in what accountants would term forecasts rather than projections. Forecasts carry a greater degree of certainty than the more hypothetical projections. However, in economics, the distinction between the two terms is significantly less meaningful. Economists often use these terms interchangeably. In light of the fact that damages expert witnesses may be either economists or accountants, it is important for attorneys to be mindful of the different use of these terms by these two groups of practitioners.

## USING GRAPHICAL ANALYSIS AS AN AIDE IN FORECASTING

Constructing graphs can be quite helpful in detecting the relationship between a business interruption event and the performance of a plaintiff, as reflected in variables such as revenues. Graphical analysis can be particularly useful in the more simplistic business loss scenarios in which an event occurs and revenues fall around the event date. Such graphs can be compelling court exhibits based on the idea that a picture is worth a thousand words. Figure 5.1 is an example of such a graph. It shows that around time $t_0$ an event took place that caused the company's




**Figure 5.1.** Sharp downward revenue trend caused by a business interruption.

revenues to sharply turn downward. Forecasting comes into play when extending out the revenue curve beyond $t_0$ to construct a "but for" revenue projection.

The use of graphical analysis can be very helpful early on in the interaction between the damages expert and the attorney who retained the expert, especially when the damages expert has been retained by a plaintiff's counsel who relates a scenario of damages that is very inconsistent with the pattern of revenues. For example, in Figure 5.2, the plaintiff's revenues continue to exhibit a very similar growth pattern after the interruption as they did prior to that date. Often the plaintiff's counsel simply relies on the client's verbal representations without investigating the numbers. If the damages expert is brought in early enough in the litigation, he may be able to advise counsel on the strength of the damages claims. Unless there are compelling reasons to believe that the postinterruption growth should have been significantly higher, Figure 5.2 may be an example of a situation where proving damages could be difficult.

The foregoing discussion is framed in the context of very simplistic business interruptions in which revenues are steadily growing at a nearly constant rate when an interruption causes revenues to sharply turn downward. In the case of growing businesses, however, where an interruption may cause a decline in the growth rate but not in the absolute value of revenues, the impact of the interruption may be somewhat more difficult to discern using graphical analysis. In these cases, one may want to graph the growth rate along with the absolute revenue




**Figure 5.2.** No clear business interruption.

xtending
›n.
teraction
specially
relates a
ıues. For
y similar
)ften the
thout in-
gh in the
damages
rruption
ıple of a

business
tant rate
case of
re in the
nterrup-
In these
revenue

Time






**Figure 5.3.** Fall-off in the revenue growth rate.

values. The fall-off in the growth rate may then be clearly seen in graph form as shown in Figure 5.3.

Graphical analysis can also be used to get a quick picture of a possible interrelationship between one series, such as the plaintiff's revenues, and another relevant series, such as the revenues of the industry in which the plaintiff operates or those of a proxy firm. This is shown in Figure 5.4 where the industry continued to grow before and after the plaintiff's business interruption date of $t_0$ (see 5.4 (b)) while the plaintiff's revenues abruptly declined after that date (see 5.4 (a)).

Graphical analysis is a simple first step that may or may not confirm the impact of a business interruption. However, such analysis may be used throughout the expert's work, from serving as an exhibit in the expert's initial meeting to being an exhibit in a report and possibly at trial.

## METHODS OF PROJECTING LOST REVENUES

The revenue forecasting process can vary from basic historical growth rate extrapolation methods to more sophisticated statistical curve-fitting techniques. Several factors enter into the decision of what level of sophistication to employ.




**Figure 5.4a.** Plaintiff's revenues.




**Figure 5.4b.** Industry revenues.

The two most important factors are *accuracy* and *simplicity*. Since the methods used must be explained to a judge or jury, who may not have a background in statistical analysis, simpler methods have certain advantages. Only if it can be demonstrated that the more sophisticated methods are significantly more accurate should they be contemplated. The damages expert should bear in mind that sophisticated econometric and statistical analysis is commonly used with success in various types of litigation such as employment litigation. One can argue, however, that the analytical requirements in such litigation are such that simpler methods do not produce the required results and that this is not the case in many commercial damages actions. As with many decisions in commercial damages analysis, the answer will be found on a case-by-case basis.

One limiting factor that determines whether more sophisticated curve-fitting techniques can be pursued is the availability of historical data. These techniques require sufficient historical data to produce accurate forecasts. If such data are not available, then more basic techniques, such as simple growth rate extrapolations, may have to be used.

## Basic Growth Rate Extrapolation

Basic growth rate extrapolation is the simplest and most often-used revenue forecasting method. This revenue projection process can be divided into a two-part process that begins with the determination of the appropriate revenue base. A growth rate is then selected and applied to the chosen revenue base to project what are referred to as *but for* revenues. These are the revenues that the plaintiff would have realized, had it not been for the events at issue in the litigation.

### Selection of the Revenue Base

An analysis of the plaintiff's revenue history must be conducted in order to determine the appropriate revenue base. If the plaintiff has enjoyed a steady stream of positive annual revenue growth, then the appropriate base for the revenue projection may be the last year of preinterruption revenues. When the plaintiff has experienced both positive and negative growth, the expert must apply judgment in selecting the appropriate base. One possible alternative is the use of average revenues computed over prior years, such as the past three years.

Table 5.1 shows the revenue stream of two companies. Company A is a firm that has had a history of uninterrupted and steady growth prior to the interruption year which is 1997. It seems reasonable that, but for the interruption, revenues would have grown beyond the preinterruption level. Therefore, it would be inappropriate to use the average revenues for the last, say, three years. Rather, the

**Table 5.1.** Selection of Base for Revenues Forecasts

| | Company A | | Company B | |
|---|---|---|---|---|
| Year | Revenues | Growth Rate | Revenues | Growth Rate |
| 1989 | 2,057,000 | | 2,157,650 | |
| 1990 | 2,270,300 | 10.4% | 2,668,700 | 23.7% |
| 1991 | 2,320,000 | 2.2% | 2,920,100 | 9.4% |
| 1992 | 2,568,000 | 10.7% | 2,757,950 | −5.6% |
| 1993 | 2,720,800 | 5.9% | 3,059,600 | 10.9% |
| 1994 | 2,850,300 | 4.8% | 3,268,900 | 6.8% |
| 1995 | 3,087,000 | 8.3% | 3,100,900 | −5.1% |
| 1996 | 3,296,900 | 6.8% | 3,585,620 | 15.6% |
| 1997 | 3,596,800 | 9.1% | 3,459,420 | −3.5% |
| 1998 | 3,620,500 | 0.7% | 3,590,236 | 3.8% |
| Base Revenues | 3,620,500 | | 3,578,213 | |
| Average Growth Rate | | 6.5% | | 6.2% |
| Compounded Growth Rate | | 6.5% | | 6.1% |

revenues associated with the last year prior to the interruption, $3,620,500, should be used as the base for the projection.

Company B, on the other hand, fails to exhibit a clear trend in its revenue history, which is the same length as Company A. Given the lack of any apparent trend in the revenue data, the simple average of the last three years of revenues, $3,578,213, seems an appropriate base for the projection.

In selecting the base for the projection, the expert may have to choose between the last preinterruption year's revenues versus an average of historical revenue data. For example, if the expert were to conclude that the more recent year's revenues contained more relevant forecasting information than the more remote years, then a weighted average, which placed progressively more weight on more recent years, could be used. Weighting schemes may differ depending on how much weight one wants to assign to various years. An example of a weighted average is shown in Table 5.2.

As Table 5.2 shows, the weighted average places more weight on the more recent year's value which, being higher than the others, causes the weighted average to be higher than the simple average. The rationale for placing more weight on more recent years is that the years closer to the interruption date are likely to be more similar to the "but for"years than prior years. Once again, though, each case brings its own set of facts, which may or may not make this judgment appropriate.

The foregoing discussion is framed in the context of companies that have a history of annual revenues. For newer businesses, which have a shorter history,

| ıany B |
| --- |
| Growth Rate |
| 23.7% |
| 9.4% |
| −5.6% |
| 10.9% |
| 6.8% |
| −5.1% |
| 15.6% |
| −3.5% |
| 3.8% |
| |
| 6.2% |
| 6.1% |

$3,620,500,

ɘvenue his-
ıy apparent
f revenues,

choose be-
torical rev-
ıore recent
n the more
ore weight
depending
ımple of a

ıe more re-
;hted aver-
ore weight
'e likely to
ɔugh, each
.gment ap-

hat have a
er history,



**Table 5.2.** An Example of a Weighted Average

| | Company B Revenues |
| --- | --- |
| 1996 | 3,585,620 |
| 1997 | 3,459,420 |
| 1998 | 3,590,236 |

1. Simple Average (equal weights)
   $R$ = 3,585,620(1/3) + 3,459,420(1/3) + 3,590,236(1/3)
   = 3,415,547
2. Weighted Average (different weights)
   $R$ = 3,585,620(0.25) + 3,459,420(0.3) + 3,590,236(0.45)
   = 3,549,837

other forecasting methods must be employed. These are discussed in the context of the losses incurred by new businesses.

## Selection of the Projected Revenue Growth Rate

One method of projection is to simply extrapolate the historical revenue growth rate. In doing so, it may be useful to select an historical period that is similar in length to that of the forecast period. For example, if one is forecasting six years into the future, it may be useful to determine the historical revenue growth rate using the revenues for the six years preceding the business interruption.

The compounded annual growth rate can be calculated using the following formula:

$$g = \left(\frac{Y_n}{Y_0}\right)^{1/n} - 1 \qquad (5.1)$$

where: $g$ = the compounded growth rate
$Y_0$ = the first period's sales level
$Y_n$ = the last period's sales level
$n$ = the number of periods

Although it is legitimate to use the compounded sales growth rate as an alternative to the arithmetic mean (average) of the historical annual growth rates, this method can be sensitive to the choice of the beginning and ending points. Note that there is no assurance that a historical period of the same length as the forecast period will be the best predictor of the growth over the forecast period. While this rule of thumb is sometimes used, each case brings its own unique factors that determine if the rule of thumb should apply. Table 5.3 and Figure 5.5

**Table 5.3.** Revenues Forecast Using Average Growth Rate

| Year | Annual Forecasted Revenues |
|---|---|
| 1998 | 3,855,833 |
| 1999 | 4,106,462 |
| 2000 | 4,373,382 |
| 2001 | 4,657,651 |
| 2002 | 4,960,399 |




**Figure 5.5.** Actual versus forecasted revenues: forecast using average historical growth rate.

show the revenue projection for Company A, using the average growth rate for the historical period available, that is 6.5%.

## Curve Fitting Methods and Econometric Models

The curve-fitting method requires the expert to define an equation for a line or a polynomial curve which *"best fits"* the historical data. This line of best fit is placed within the plot of points representing the historical data. The statistical technique known as regression analysis allows the line to be placed in the "middle" of these points. Using the two parameters derived from such a line, the intercept and the slope, the relationship can be used to project values beyond the available historical data. Regression analysis needs a minimum number of data