# Exhibit JJ

RWIN LIBRARY
f Investment & Finance

# VALUING Intangible Assets



- Comprehensive Guide
- Presents Three Approaches:
  Cost Approach, Market Approach, and Income Approach
- Key Examples Help Guide You Through the Process

Robert F. Reilly • Robert P. Schweihs

CHAPTER 20

# Goodwill Intangible Assets


DESCRIPTION OF GOODWILL INTANGIBLES
- Components of Goodwill
- Types of Goodwill Intangibles
- Accountant's Interpretation of Goodwill
- Economist's Interpretation of Goodwill

THE ANALYSIS OF GOODWILL

REASONS TO ANALYZE THE GOODWILL INTANGIBLE

COMMON VALUATION METHODS
- Cost Approach
- Market Approach
- Income Approach

DATA SOURCES
- Internal Data Sources
- External Data Sources
- Financial Ratios
- Directories, Periodicals, and Newsletters
- Trade and Professional Societies

VALUATION EXAMPLE
- Fact Set and Assumptions
- Approaches and Methods
- Valuation Reconciliation and Value Conclusion

BIBLIOGRAPHY

## DESCRIPTION OF GOODWILL INTANGIBLES

This chapter discusses and illustrates the commonly used methods with regard to the identification, valuation, and economic analysis of goodwill-related intangible assets. In such a discussion, the first topic must necessarily be a definition of goodwill. In 1928, the British philosopher and mathematician Bertrand Russell (actually, the third Earl Russell) wrote a book entitled *Sceptical Essays*. One of the essays in the book is called "The Recrudescence of Puritanism." The following quote is from that essay: "It is obvious that 'obscenity' is not a term capable of exact legal definition; in the practice of the Courts, it means 'anything that shocks the magistrate.'" Some fifty years later, no less of an articulate jurist than U.S. Supreme Court Justice William J. Brennan still struggled to define obscenity. Justice Brennan's famous "definition" regarding obscenity is often quoted: "I can't define it, but I know it when I see it." There is nothing necessarily obscene about goodwill except, perhaps, its ability to escape definition. However, regarding goodwill, many analysts believe that they know it when they see it.

While there is no universally accepted definition of goodwill, this chapter presents the common types of goodwill intangibles and the common components of goodwill intangibles. Common valuation methods are then discussed. Some analysts believe that only income approach methods are appropriate to value goodwill. In response to that belief, we discuss cost approach, market approach, and income approach valuation methods. Data and other research sources are presented next. The data sources relate principally to sources of empirical transaction data regarding the sale of goodwill intangibles. Last, we present an example of the analysis and valuation of goodwill.

There are many interpretations (and misinterpretations) of goodwill. All of these interpretations can generally be grouped into two categories: accounting interpretations and economics interpretations. From the analyst's perspective, the economics interpretations may be more conceptually rigorous and more practically useful. However, analysts should be familiar with both categories of interpretations. Both sets of interpretations generally agree on the components of (or factors that create) goodwill and the types of goodwill (or situations in which goodwill arises).

### Components of Goodwill

There are three principal components of goodwill. The components may be considered the factors that cause goodwill or the reasons why goodwill exists in certain circumstances.

The first component of goodwill is the existence of assets in place and ready to use. This component is sometimes referred to as the going-concern value element of goodwill. The fact that all elements of a business enterprise are physically and functionally assembled creates value. These elements include capital (e.g., equipment), labor (e.g., employees), and coordination (e.g., management). Some of the created value enhances the value of these elements. For example, the value of the equipment will likely be greater when appraised on an assembled, going-concern basis (as compared to on a piecemeal, liquidation basis). Some of the value attaches to discrete intangible assets. For example, a trained and assembled workforce intangible asset may be created. Finally, some of the value may inure to the goodwill intangible.

The second component of goodwill is the existence of excess economic income. This component is discussed at length in the methodology section of this chapter. Briefly, excess income is that level of income generated by a business that is greater than the amount that would be considered a fair rate of return on all of the other tangible and intangible assets that are used in the business. The excess economic income component relates directly to the concept of goodwill as the value of a business (or other economic unit) that cannot be assigned to any of the other tangible assets or identified intangible assets of the business.

The third component of goodwill is the expectation of future events that are not directly related to the current operation of the business. For example, goodwill may be created by investors' expectations of future capital expenditures, future mergers and acquisitions, future products or services, and future customers or clients. The expectation component relates directly to the concept of goodwill as the current value of future assets not yet in existence as of the valuation date. Investors (and owners) assign a goodwill value to a business if they expect net present value of the income associated with the future events to be positive. Of course, the net present values of the assets currently in existence (e.g., capital assets, product lines, customers, etc.) are assigned to those respective tangible and intangible assets.

## Types of Goodwill Intangibles

There are three categories of circumstances in which the goodwill intangible comes into existence. These sets of circumstances may affect the identification and the ownership of goodwill. However, they should not affect the valuation of goodwill.

The first type of goodwill is institutional. This is the goodwill that relates to an industrial or commercial business enterprise. This goodwill results from the collective operations of—and the collective assemblage of assets of—the subject business enterprise.

The second type of goodwill is professional practice goodwill. As the name implies, this type of goodwill relates to medical, dental, legal, accounting, and other professional practices. This type of goodwill is distinguished because it has two components: the practitioner component and the business component. The practitioner component relates to the goodwill created by the reputation and skills of the individual human practitioners—that is, the actual physicians, dentists, lawyers, CPAs, and other professionals. The business component relates to the goodwill created by the location, reputation, longevity, assembled assets, and operating procedures of the institutional practice. An important issue of this type of goodwill is: Who owns each of the two components? This issue can become very controversial in marital dissolution or shareholder dispute litigation matters.

The third type of goodwill is celebrity goodwill. As the name implies, this is the goodwill associated with being a famous individual. There are three categories of celebrities that enjoy such goodwill: sports celebrities, entertainment celebrities, and achievement celebrities. These various categories of celebrity goodwill are distinguished by the factors that created the goodwill. For example, the sports celebrity goodwill is created by physical prowess. That prowess (and the associated goodwill) may wane with the age of the athlete. Entertainment goodwill relates to singers, musicians, actors, television talk show hosts, radio disk jockeys, and so on.

This type of goodwill also relates to skill and ability. But for many entertainers, professional skill and ability may increase (and not decrease) with age. The component of achievement celebrities includes prominent corporate executives' goodwill, politicians, clergy, or organizational leaders. The goodwill of an achievement celebrity often relates to the career or other professional accomplishments of that individual. Unlike other types of goodwill, it is quite difficult to transfer celebrity goodwill.

## Accountant's Interpretation of Goodwill

Under generally accepted accounting principles (GAAP), the goodwill that a business enterprise develops is rarely recorded on the financial statements of the business. Most commonly, purchased goodwill is recorded by a corporate acquiror after a business is acquired. Even then, goodwill is recorded on the books and records of the acquired business only if the acquisition qualifies under the purchase accounting rules (as compared to the pooling of interest accounting rules).

There are a few other isolated instances when a company's goodwill is recorded on the company's financial statements, such as under the push-down accounting rules related to corporate reorganization. But the instances in which a company's developed goodwill (as opposed to its purchased goodwill) is recorded for accounting purposes are extremely rare.

Accordingly, accountants use a fairly broad definition of goodwill. To the accountant, intangible value in the nature of goodwill often represents the total value of the business enterprise (represented by the actual purchase price for the business in an acquisitive transaction) less the fair market value of the business enterprise tangible real property and tangible personal property. That is, the value of goodwill is the total value (i.e., the acquisition purchase price) of the business less the value of the business's tangible assets.

So, by the accountant's broad definition, goodwill generally includes all of the intangible value of a business enterprise. This is usually the case even if the intangible value comes from identifiable intangible personal property assets or identifiable intangible real property assets. Therefore, the accountant's broad definition captures the total intangible value of a subject business enterprise.

## Economist's Interpretation of Goodwill

The economist's interpretation of goodwill is somewhat less global than the accountant's interpretation. Also, the economist's interpretation of goodwill may be more useful to analysts who are interested in the identification and valuation of the specific intangible asset goodwill, as opposed to the total intangible value of a subject business enterprise.

Economists define the intangible asset goodwill as the capitalization of all of the economic income from a business enterprise that cannot be associated with any other asset (tangible or intangible) of the business. For purposes of this definition of the goodwill intangible, economic income can be defined several different ways: It can mean net cash flow, before or after business debt service; net income, before or after taxes; net operating income; and so forth. The important consideration is that in the economic income capitalization process, the capitalization rate (whether yield or direct) used should be consistent with the definition of economic income used.

So, the economist would first quantify all of the economic income (as defined) of a subject business enterprise. Second, he or she would allocate or assign some portion of the business's total economic income to each of the assets (tangible and intangible) that contribute to the production of that income—that is, to the net working capital assets, to the tangible personal property, to the real estate, and to the specifically identified intangible assets and intellectual properties (e.g., to patents, trademarks, copyrights, contracts, licenses, etc.). Third, that portion of the business's total economic income that cannot be reasonably allocated to any other asset—that is, the residual economic income—is quantified and assigned to the goodwill intangible. Fourth, the capitalization of this residual economic income represents the intangible value in the nature of goodwill.

## THE ANALYSIS OF GOODWILL

In most valuation and economic analyses, the goodwill intangible may include concepts from both the accountant's definition and the economist's definition. Analysts may sometimes identify and value goodwill globally as the total intangible value of a business enterprise (akin to the accountant's interpretation). In this regard, goodwill is valued using a general residual method. In other words, goodwill is valued as the unidentified residual after the values of the total identified tangible assets are subtracted from the total value of the subject business.

More commonly, analysts value the goodwill intangible on a more discrete basis. By this discrete definition, the goodwill intangible is the remaining unidentified intangible value of a business enterprise after the appropriate values have been assigned to all of the other identified tangible and intangible assets. In this regard, the goodwill intangible is valued using a very specific residual method. In other words, intangible value in the nature of goodwill is that value that is not assigned to: working capital assets (e.g., receivables and inventory), tangible personal property (e.g., machinery and equipment), real estate (e.g., land and buildings), intangible personal property (e.g., trademarks and patents), and intangible real property (e.g., leases and easements).

This discrete definition and analysis of goodwill is often more applicable to the many reasons for which goodwill is subject to analysis.

## REASONS TO ANALYZE THE GOODWILL INTANGIBLE

There are many circumstances that require the analysis of intangible value in the nature of goodwill. Some of the more common reasons to analyze this intangible asset are described briefly here.

**1. Damage Analyses.** When a business or professional practice has suffered a tortious action (e.g., breach of contract, infringement, business interference, etc.), one measure of the damages suffered is the reduction in the value of the company's goodwill due to the action. This analysis may encompass the comparative valuation of the company's goodwill before and after the tortious action. This method is also useful for quantifying the economic effects of a prolonged labor strike, a natural disaster, or a similar phenomenon.

**2. Business or Professional Practice Merger.** When two businesses or professional practices merge, the equity of the merged enterprise has to

be allocated to the merger partners. One way to allocate equity in the merged enterprise is in proportion to the relative value of the assets contributed, including the contributed goodwill intangible.

3. **Business or Professional Practice Separation.** When a business or professional practice splits up, the assets of the consolidated business have to be allocated to the new separate businesses. One way to allocate the assets to the separating partners is in proportion to the relative value of the assets controlled by or developed by each partner, including the goodwill intangible of each partner.

4. **Solvency Test.** The solvency of a business is a particularly important issue with regard to lender's fraudulent conveyance concerns during a financing or a financial restructuring. One of the specific tests to determine if a business is solvent is: Does the value of the company's assets exceed the value of the company's liabilities (after the financing)? One of the assets that should be considered in a solvency analysis is the company's goodwill intangible.

5. **Insolvency Test.** The degree of insolvency of a business has very important income tax consequences if debt is forgiven (in whole or in part) during a refinancing or financial restructuring. One of the specific tests to determine if a business is insolvent is: Is the value of the company's assets less than the value of the company's liabilities (after the debt forgiveness)? The federal income tax regulations specifically indicate that one of the assets that should be considered in an insolvency analysis is the company's goodwill intangible.

6. **Transfer Price.** When intangible assets are transferred between controlled corporations (e.g., between a corporate parent and subsidiary), an arm's-length transfer price should be estimated for the transfer of the subject assets. This is true both from a financial accounting perspective and (perhaps more importantly) from an income tax perspective. Such transfers may have state (as compared to federal) income tax ramifications if both of the controlled corporations are domestic. Such transfers will have federal income tax consequences if one of the controlled corporations is international. This transfer pricing analysis may apply if one of the intangible assets transferred is the company's goodwill intangible. Transfer pricing is discussed in Chapter 25.

7. **Bankruptcy and Reorganization.** Parties in interest to a bankruptcy estate often have to decide if the subject business enterprise is worth more as a going-concern business (pursuant to a plan of reorganization) or as a mass disposition of assets (pursuant to a plan of liquidation). An analysis of the company's intangible value in the nature of goodwill (if any) may be useful in assessing whether the business is worth reorganizing or not. A particularly thoughtful discussion of the analysis of professional practice goodwill for bankruptcy purposes is presented in the fairly recent decision of the United States Court of Appeals for the Seventh Circuit, *In the Matter of Douglas R. Prince and Jane Prince.*[1] In that decision, a significant portion of the value of a bankrupt orthodontics practice was related to the goodwill intangible.

8. **Conversion of a C Corporation to an S Corporation.** One important factor in the analysis of the costs and benefits of converting from C

1. *In the Matter of Douglas R. Prince and Jane Prince*, 85 F.3d 314, 1996 U.S. App LEXIS 13151.

corporation to S corporation (federal income tax) status is the quantification of any built-in gains tax (BIG tax) associated with the assets of the subject business. The federal income tax regulations related to the BIG tax are clear that the subject company's goodwill is one asset that should be considered in the analysis.

**9. Business Enterprise Valuation.** The identification and quantification of the goodwill intangibles are important parts of any business valuation that uses an asset-based valuation approach. Such business enterprise valuations are routinely performed for taxation (e.g., gift tax, estate tax, charitable contribution, abandonment, loss, etc.) as well as for transaction, financing, litigation, and other purposes.

**10. Deprivation Analysis.** The valuation of the intangible asset goodwill is often a critical assessment in the damage analysis associated with a business that has been subject to a condemnation, expropriation, or eminent domain action. Analysts sometimes only consider the value of the real estate and tangible personal property that was subject to the taking. However, even if the subject business is relocated to a new location, the business may have suffered a loss of all or part of its goodwill intangible.

**11. Ownership Allocation Litigation.** Several forms of litigation involve the allocation of direct or indirect ownership interests in business entities. Two common examples of such litigation include marital dissolution cases (typically allocating indirect ownership interests in the business interests to the marital estate) and minority shareholder squeeze-out merger cases (typically allocating direct ownership interests to the minority stockholders). In such litigation, the identification and quantification of the goodwill of the subject business or professional practice is often a vigorously debated topic.

**12. Ad Valorem Property Taxation.** State and local ad valorem property taxation typically only applies to real estate and to tangible personal property. However, the existence of economic obsolescence (a particular form of external obsolescence) may have a direct effect on the value of the taxpayer's tangible assets. Accordingly, an assessment of the existence of economic obsolescence may be an important step in an appraisal performed for property tax purposes. While there are several common methods for quantifying economic obsolescence, most methods incorporate some analysis of the goodwill of the business that operates the subject tangible assets. Generally, if the subject business enjoys positive goodwill value, then the tangible assets will not experience economic obsolescence. However, if the subject business experiences negative goodwill, then the tangible assets are likely to be subject to economic obsolescence.

This discussion of the reasons to analyze the goodwill intangible is not intended to be exhaustive. There are other reasons to analyze the goodwill intangible, including for purposes of the allocation of a lump-sum purchase price for an acquired business.

## COMMON VALUATION METHODS

As with all intangible assets, cost approach, market approach, and income approach methods are all applicable to the valuation and economic analysis of goodwill intangibles. Cost approach methods are least commonly used. Market approach methods are fairly commonly used. Income approach methods are most commonly used.

## Cost Approach

Using the cost approach, the analyst estimates the amount of current cost required to recreate the elements of the subject goodwill intangible. The most common cost approach method is typically called the component build-up method. The first step to the component build-up method is to list all of the individual components of the subject goodwill. The second step is to estimate the amount of cost required to recreate each component. This method is based upon the concept of goodwill as the value of assets in place and ready to use.

A common application of the build-up method is the analysis of foregone economic income (i.e., the opportunity cost) during the time period required to recreate all of the going-concern elements of the business enterprise associated with the subject goodwill. For example, let's assume that it would take two elapsed years to recreate all of the assets (both tangible and intangible) of the subject business enterprise. This would include the purchase and installation of all equipment, the construction or purchase of all real estate, the selection of suppliers, the creation of a distribution system, the training of all employees, the building of a level of consumer recognition and confidence, and the recreation of a level of customer relationships (commensurate with the actual level of business of the subject enterprise). Let's also assume that the subject business will earn $10,000,000 per year in income (however defined) during the two-year recreation period. The present value of the $20,000,000 in opportunity cost during the recreation period is one indication of the value of the subject goodwill intangible.

## Market Approach

There are two common market approach methods. The first method estimates the value of goodwill as the residual from the purchase price of the actual sale of the subject business enterprise. The second method estimates the value of goodwill based upon an analysis of actual guideline sales transactions. Goodwill intangibles are rarely sold totally separately from other assets, so guideline sale transactions usually involve the sale of going-concern businesses or professional practices. In these transactional data, the allocation of the sale price between goodwill and all other assets is reported. This means that even this second market approach method relies upon a residual from sale price procedure to estimate the value of goodwill.

To use the residual from purchase price method, obviously there has to be a sale of the business enterprise related to the subject goodwill. First, the analyst should confirm that the subject sale was an arm's-length sale. Second, the analyst should confirm that the purchase price represents a cash equivalency price. If there are noncash components or deferred payments (e.g., an earn-out provision) related to the purchase price, then the analyst should convert the entire amount of consideration to a cash equivalency value. Third, the analyst should estimate the value of all the identified tangible and intangible assets of the subject business. Fourth, the analyst should subtract the total value of all the identified tangible and intangible assets from the purchase price. The residual represents the value of the goodwill intangible.

To use the analysis of guideline sales transactions method, the analyst should identify and select actual sales of businesses that are sufficiently comparative to the subject business enterprise. For certain industries (such as professional practices), these guideline sale transactional data are fairly accessible because they are reported in publications and periodicals. With regard to these empirical transactions, goodwill is typically expressed as a percent of the total transaction price or a percent of the total annual revenue earned by the subject business. These market-derived pricing multiples are then applied to the subject business enterprise in order to conclude a value for the subject goodwill. Of course, it is noteworthy that the market-derived pricing multiples are themselves estimated based upon an allocation of the sale price for each business or professional practice included in that data source.

## Income Approach

The three most common income approach methods are:

1. Residual from business enterprise value method.
2. Capitalized excess economic income method.
3. Present value of future economic events method.

Each of these methods is based upon the concept of goodwill representing the expectation of some future economic benefit.

### Residual from Business Enterprise Value Method

The residual from business enterprise value method values goodwill as follows: overall business enterprise value less the value of financial assets, less the value of tangible assets, and less the value of identified intangible assets, equals the intangible value in the nature of goodwill.

There are several generally accepted methods for valuing going-concern business entities. Analysts synthesize one or more of these methods to conclude the value of going-concern business entities. Of course, the objective of using more than one method is to develop mutually supporting evidence as to the valuation conclusion. Several of the more common business valuation methods are:

1. Asset accumulation method (an asset-based approach method).
2. Discounted cash flow method (an income approach method).
3. Guideline merged and acquired company method (a market approach method).
4. Guideline publicly traded company method (a market approach method).

The use of any of these valuation methods and their respective procedures and analyses depends upon the analyst's judgment and upon the quantity and quality of available financial and operational data. While any of these valuation methods may be used in the residual from business enterprise value method, the discounted cash flow method is one of the more common methods for the purpose of goodwill valuation.

The discounted cash flow method is based on the premise that the value of the business enterprise is the present value of the future economic income to be derived by the stakeholders of the business. The discount-

ed cash flow method requires the following valuation analyses: revenue analysis, expense analysis, investment analysis, capital structure analysis, and residual value analysis.

The revenue analysis involves a projection of prospective revenues from the sale of products or provision of services from the subject company. This analysis includes consideration of the following market factors: sales volume, average selling price or contract rate, market dynamics, competitive pressures, price elasticities of demand, regulatory changes, technological changes, and so forth.

The expense analysis involves consideration of the following factors: fixed versus variable costs, product versus period costs, cash versus noncash costs, direct versus indirect costs, cost absorption principles, cost–efficiency relationships, cost–volume–profit relationships, and so on.

The investment analysis involves consideration of the following factors: required minimum cash balances, days sales outstanding in accounts receivable, inventory turnover, plant utilization, capital expenditure budgets, and so forth.

The capital structure analysis involves consideration of the following factors: current capital structure, optimal capital structure, cost of various capital components, weighted average cost of capital, systematic and nonsystematic risk factors, marginal cost of capital, and so on.

The residual value analysis involves the estimate of the value of the prospective cash flow generated by the subject business after the conclusion of a discrete projection period. The residual value can be estimated by various methods, including: the capital market pricing multiple, capitalization method, the annuity in perpetuity method, and the Gordon dividend capitalization model, among other methods.

Based on the results of the listed analyses, a projection of cash flow from business operations is made for a reasonable discrete projection period. The cash flow projection is discounted at an appropriate present value discount rate in order to determine the present value.

The residual value of the subject business enterprises is estimated at the end of the discrete projection period. The residual value is also discounted in order to determine a present value. The present value of the discrete cash flow projection is summed with the present value of the company's residual value. The summation represents the value of the business enterprise.

The estimated value of the subject business enterprises minus the estimated value of the identifiable tangible and intangible assets (including net working capital) indicates the intangible value in the nature of goodwill.

### Capitalized Excess Economic Income Method

The capitalized excess economic income method for the valuation of goodwill involves the quantification and capitalization of any excess economic income (as defined) earned by the subject company. There are several acceptable versions of the capitalized excess economic income method. The following paragraphs describe one of the common versions of this method.

First, this method requires the estimation of an amount of normal economic income that investors would expect, given the risk of the subject business. This often involves an assessment of industry average rates of return on investment. Typically, an industry average rate of return on net identified assets is multiplied by the value of the subject company's net


WWW COMPANION WEB SITE AVAILABLE
Valuation
for
Financial
Reporting
Second Edition
Value
and Reporting,
Intangible Assets, oodwill, and Impairment
Michael J.
James R. Hitchner
D. Hyden

2006 ($000s)

| | |
|---|---|
| 2010 | 2011 |
| 3,636 | $13,911 |
| 9,218 | 5,425 |
| 4,418 | 8,486 |
| 4,491 | 2,643 |
| 751 | 328 |
| 5,242 | 2,971 |
| 9,176 | 5,515 |
| 3,670 | 2,206 |
| 5,506 | 3,309 |
| 169 | 100 |
| 365 | 195 |
| 161 | 68 |
| 291 | 156 |
| 488 | 261 |
| 0 | 0 |
| 69 | 37 |
| 290 | 155 |
| 1,833 | 972 |
| 3,673 | $2,337 |
| .5603 | 0.4748 |
| 2,058 | $1,110 |

over time as the

se of developing

ative net sales

l with permission.



relative to this technology). The useful life of the IPR&D was estimated to be six years. In addition, estimated contributory asset charges (see previous section) were taken, including charges on the customer base.

It is assumed for purposes of this example that the IPR&D is a brand-new, stand-alone technology not supported by the base or core technology, defined as technology that has value through its use or continued reuse within a product family.[17] If an IPR&D project is supported by a core or base technology, a contributory charge must be assessed. The sum of the present values is $3,911,000. We selected a discount rate of 20% to reflect the additional risk of the unproven technology. A six-year remaining useful life was estimated. After accounting for the amortization benefit, we concluded that the fair value of the IPR&D as of December 31, 2006 was $4,530,000 (Exhibit 3.12).[18]

### Customer Base

The customer base was also judged to be an important value driver, and the MPEEM was employed to value this asset. Because the value of the customer base is critically dependent on the company's technology, both existing and in-process (it's all they have to sell, after all), a contributory asset charge is taken on the technology assets when valuing the customer base. As part of the cash flow projection, a remaining useful life was estimated to be seven years, based on an analysis of sales statistics over a five-year historical period. The seven-year life produces a survivor curve whose survivorship is forecast to decline on a straight-line basis.

Using a discount rate of 17%, the sum of the present values of the cash flows is $6,004,000. After adding an amortization benefit, the fair value of this asset is determined to be $7,090,000 (rounded) (Exhibit 3.13).

## VALUATION OF GOODWILL

In the valuation of a successful business enterprise, there are often intangible assets that cannot be separately identified. These intangible assets are generally referred to as goodwill. The term *goodwill*, however, is sometimes used to describe the aggregate of all of the intangible assets of a business. In a more restricted sense, goodwill is the sum total of only the imponderable qualities that attract future new customers to the business.

In the final analysis, goodwill equates with a rate of return that is above normal returns in the industry, limited to the residual intangible asset that generates earnings in excess of a normal return on all of the other tangible and intangible assets. The present value of future cash flows contributing to goodwill at the time of acquisition can be calculated by summing the future excess earnings, then discounting to present value. Assuming all of the tangible and intangible assets have been identified and valued at the acquisition date, this process is simplified by use of the residual method. Under the residual method, the present value of the future excess earnings, or goodwill, is calculated by subtracting from the purchase price the fair value of all the identified

**Exhibit 3.12** Target Company Valuation of In-Process Research and Development (IPR&D) as of December 31, 2006 ($000s)

| | | Forecast | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| (1) Net Sales-IPR&D | | $7,200 | $12,557 | $11,853 | $10,733 | $7,692 | $4,447 |
| Cost of Sales | | 2,880 | 4,897 | 4,623 | 4,186 | 3,000 | 1,734 |
| Gross Profit | | 4,320 | 7,660 | 7,230 | 6,547 | 4,692 | 2,713 |
| (2) Operating Expenses | | 1,440 | 2,386 | 2,252 | 2,039 | 1,461 | 845 |
| (3) Cost to Complete | | 750 | 0 | 0 | 0 | 0 | 0 |
| (4) Depreciation | | 323 | 818 | 526 | 341 | 181 | 101 |
| Total Operating Expenses | | 2,513 | 3,204 | 2,778 | 2,380 | 1,642 | 946 |
| Taxable Income | | 1,807 | 4,456 | 4,452 | 4,167 | 3,050 | 1,767 |
| Income Taxes | 40.0% | 723 | 1,782 | 1,781 | 1,667 | 1,220 | 707 |
| Net Income | | 1,084 | 2,674 | 2,671 | 2,500 | 1,830 | 1,060 |
| Residual Cash Flow Attributable to IPR&D | | | | | | | |
| (5) Less: Returns on | | | | | | | |
| Debt-free Net Working Capital | 5.0% | 70 | 88 | 84 | 77 | 55 | 32 |
| Land and Building | 7.0% | 160 | 242 | 202 | 166 | 108 | 58 |
| Machinery and Equipment, net | 8.0% | 149 | 184 | 116 | 73 | 37 | 16 |
| Software | 17.0% | 126 | 192 | 161 | 132 | 86 | 46 |
| Trade Name | 16.0% | 211 | 321 | 269 | 221 | 144 | 78 |
| Noncompete Agreement | 16.0% | 45 | 69 | 58 | 0 | 0 | 0 |
| Assembled Workforce | 16.0% | 30 | 45 | 38 | 31 | 20 | 11 |
| Customer Base | 17.0% | 126 | 191 | 160 | 132 | 86 | 46 |
| Sum of Returns | | 917 | 1,332 | 1,088 | 832 | 536 | 287 |
| After-tax Residual Cash Flows | | $167 | $1,542 | $1,583 | $1,668 | $1,294 | $773 |
| (6) 20.0% Present Value Factor for Residual Cash Flow | | 0.9129 | 0.7607 | 0.6339 | 0.5283 | 0.4402 | 0.3669 |
| Present Value of Residual Cash Flows | | $152 | $1,021 | $1,004 | $881 | $570 | $284 |
| Sum of Present Values, 2007–2012 | | | $3,911 | | | | |
| Amortization Benefit | | | | | | | |
| Discount Rate | 20.0% | | | | | | |
| Tax Rate | 40.0% | | | | | | |
| Tax Amortization Period (Years) | 15 | | | | | | |
| Amortization Benefit | | 619 | | | | | |
| Fair Value of IPR&D, Rounded | | $4,530 | | | | | |

Footnotes:

(1) Based on Management's forecast

(2) Excludes development expenses of 10% to reflect no future development costs relative to this technology.

(3) The cost to complete is typically known with certainty and cannot be avoided. With IPR&D, one often does not know if the project will be successful until the amounts are spent. Thus, some practitioners separately calculate the present value of inflows and the present value of outflows. We have elected to present the single calculation here, for simplicity and because the alternative treatment does not result in a materially different conclusion of value.

(4) MACRS depreciation per Business Enterprise Analysis (BEA) - Cash Flow Forecast (Exhibit 3.5) allocated by relative net sales between Technology and IPR&D

(5) See Calculation of Contributory Asset Charges (Exhibit 3.10)

(6) Based on mid-period assumption

Note: Some amounts may not foot due to rounding.

© Copyright 2007 by FVG Holdings, LC and Financial Valuation Solutions, LLC. All rights reserved. Used with permission.

**Exhibit 3.13** Target Company Valuation of Customer Base as of December 31, 2006 ($000s)

| Cash Flows | Actual | Projections | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
| (1) Net Sales-Existing Customers | $60,000 | $63,000 | $66,150 | $69,458 | $72,931 | $76,578 | $80,407 | $84,427 |
| Cost of Sales | 24,000 | 25,200 | 25,799 | 27,089 | 28,443 | 29,865 | 31,359 | 32,927 |
| Gross Profit | 36,000 | 37,800 | 40,352 | 42,369 | 44,488 | 46,713 | 49,048 | 51,500 |
| (2) Operating Expenses | 12,000 | 14,490 | 14,553 | 15,281 | 16,045 | 16,847 | 17,690 | 18,574 |
| Depreciation (MACRS) | 1,750 | 3,097 | 5,171 | 3,961 | 3,120 | 2,544 | 2,649 | 2,762 |
| Total Operating Expenses | 13,750 | 17,587 | 19,724 | 19,242 | 19,165 | 19,391 | 20,338 | 21,336 |
| Taxable Income | 22,250 | 20,213 | 20,628 | 23,127 | 25,323 | 27,321 | 28,710 | 30,164 |
| Income Taxes 40.0% | 8,900 | 8,085 | 8,251 | 9,251 | 10,129 | 10,929 | 11,484 | 12,066 |
| Net Income | $13,350 | 12,128 | 12,377 | 13,876 | 15,194 | 16,393 | 17,226 | 18,099 |
| Residual Cash Flow Attributable to Existing Customer Base | | | | | | | | |
| (3) Less: Returns on | | | | | | | | |
| Debt-free Net Working Capital | 5.0% | 671 | 556 | 632 | 703 | 773 | 840 | 904 |
| Land and Building | 7.0% | 1,535 | 1,527 | 1,520 | 1,515 | 1,511 | 1,507 | 1,505 |
| Machinery and Equipment, net | 8.0% | 1,428 | 1,164 | 872 | 668 | 527 | 410 | 290 |
| Software | 17.0% | 1,210 | 1,210 | 1,210 | 1,210 | 1,210 | 1,210 | 1,210 |
| Trade Name | 16.0% | 2,026 | 2,026 | 2,026 | 2,026 | 2,026 | 2,026 | 2,026 |
| Noncompete Agreement | 16.0% | 435 | 435 | 435 | 0 | 0 | 0 | 0 |
| Assembled Workforce | 16.0% | 286 | 286 | 286 | 286 | 286 | 286 | 286 |
| Technology | 18.0% | 2,981 | 2,981 | 2,981 | 2,981 | 2,981 | 2,981 | 2,981 |
| IPR&D | 20.0% | 906 | 906 | 906 | 906 | 906 | 906 | 906 |
| Sum of Returns | | 11,479 | 11,092 | 10,869 | 10,295 | 10,220 | 10,167 | 10,108 |
| After-tax Residual Cash Flows | | $649 | $1,285 | $3,008 | $4,899 | $6,173 | $7,059 | $7,990 |
| (4) Survivorship of Customer Base, Rounded | | 92.9% | 78.6% | 64.3% | 50.0% | 35.7% | 21.4% | 7.1% |
| Surviving Excess Cash Flows | | $603 | $1,010 | $1,934 | $2,450 | $2,204 | $1,511 | $567 |
| (5) 17.0% Present Value Factor for Residual Cash Flow | | 0.9245 | 0.7902 | 0.6754 | 0.5772 | 0.4934 | 0.4217 | 0.3604 |
| Present Value of Surviving Residual Cash Flows | | $557 | $798 | $1,306 | $1,414 | $1,087 | $637 | $204 |
| Sum of Present Values, 2007–2013 | | $6,004 | | | | | | |
| Amortization Benefit | | | | | | | | |
| Discount Rate | 17.0% | | | | | | | |
| Tax Rate | 40.0% | | | | | | | |
| Tax Amortization Period (Years) | 15 | | | | | | | |
| Amortization Benefit | | 1,089 | | | | | | |
| Fair Value of Customer Base, Rounded | | $7,090 | | | | | | |

Footnotes:

(1) Assumes existing sales to existing customers will increase at a rate of 5% (to account for inflation and some real growth), before considering attrition.

(2) Excludes expenses of 7% for the solicitation of potential new customers to reflect that existing customers should not be burdened by the expense of developing new customers.

(3) See Calculation of Contributory Asset Charges (Exhibit 3.10)

(4) Assumes 7-year life, straight line (survivorship analysis per management)

(5) Based on mid-period assumption

Note: Some amounts may not foot due to rounding.

© Copyright 2007 by FVG Holdings, LC and Financial Valuation Solutions, LLC. All rights reserved. Used with permission.

**Exhibit 3.14** Target Company Valuation of Goodwill as of December 31, 2006 ($000s)

| | |
|---|---|
| Cash and Acquisition Costs | $150,000 |
| Debt-free Current Liabilities | 25,000 |
| Current Maturities of Long-term Debt | 4,000 |
| Long-term Debt | 30,000 |
| Adjusted Purchase Price | 209,000 |
| Less: Fair Value of Current Assets | (41,500) |
| Less: Fair Value of Tangible Assets | (41,000) |
| Less: Fair Value of Intangible Assets | |
| Software | (7,120) |
| Technology | (16,560) |
| In-process Research and Development | (4,530) |
| Trade Name | (12,660) |
| Customer Base | (7,090) |
| Noncompete Agreement | (2,720) |
| (1) **Residual Goodwill** | **$75,820** |

Footnote:

(1) Residual Goodwill includes the value of Assembled Workforce of $1.790 million.

Note: Some amounts may not foot due to rounding.

© Copyright 2007 by FVG Holdings, LC and Financial Valuation Solutions, LLC. All rights reserved. Used with permission.

tangible and intangible assets. The remainder or residual amount equates with goodwill. Keep in mind that under GAAP, goodwill includes assembled workforce, which must be separately valued to obtain a valid contributory charge for IPR&D, technology, and customer base. As a result and pursuant to SFAS No. 141, the indicated value of assembled workforce must be added to the indicated value of goodwill to arrive at the fair value of goodwill for financial statement reporting purposes.[19]

For financial reporting purposes, included in the goodwill value is the fair value of the assembled workforce of $1,790,000. Based on our analysis, we concluded that the fair value of goodwill on December 31, 2006, was $75,820,000 (see Exhibit 3.14).

## ALLOCATION OF PURCHASE PRICE

The summary of values is presented in Exhibit 3.15. In this exhibit, the valuation conclusions are separated into three groups: total current and tangible assets, total intangible assets, and goodwill. Individual asset valuations are presented within each group.

In addition to presenting the summary of values, this schedule provides a sanity check in the form of a weighted return calculation. The weighted return calculation employs the rate of return for each asset weighted according to its fair value relative to the whole. The weighted return must equal or approximate the overall WACC for the business.

**Exhibit 3.15** Target Company Valuation Summary as of December 31, 2006 ($000s)

| ASSET NAME | Fair Value | Return | Percent to Purchase Price | Weighted Return |
|---|---|---|---|---|
| Current Assets | $41,500 | | | |
| Debt-free Current Liabilities | 25,000 | | | |
| Net Working Capital | 16,500 | 5.00% | 9.0% | 0.45% |
| Land and Buildings | 22,000 | 7.00% | 12.0% | 0.84% |
| Machinery and Equipment, net | 19,000 | 8.00% | 10.3% | 0.83% |
| TOTAL NET WORKING CAPITAL AND TANGIBLE ASSETS | $57,500 | | | |
| Software | $7,120 | 17.00% | 3.9% | 0.66% |
| Technology | 16,560 | 18.00% | 9.0% | 1.62% |
| In-process Research and Development | 4,530 | 20.00% | 2.5% | 0.49% |
| Trade Name | 12,660 | 16.00% | 6.9% | 1.10% |
| Customer Base | 7,090 | 17.00% | 3.9% | 0.66% |
| Assembled Workforce | 1,790 | 16.00% | 1.0% | 0.16% |
| Noncompete Agreement | 2,720 | 16.00% | 1.5% | 0.24% |
| TOTAL INTANGIBLE ASSETS | $52,470 | | | |
| (1) GOODWILL (excluding assembled workforce) | $74,030 | 23.00% | 40.2% | 9.25% |
| TOTAL | $184,000 | | | 16.28% |

Footnote:

(1) For financial reporting purposes, the fair value of goodwill includes the fair value of assembled workforce for a total fair value of residual goodwill of $75.820 million.

Note: Some amounts may not foot due to rounding.

© Copyright 2007 by FVG Holdings, LC and Financial Valuation Solutions, LLC. All rights reserved. Used with permission.

The returns for each asset are those actually used in the foregoing valuation methodology (i.e., for tangible assets and contributory intangible assets). For contributory intangible assets that were valued using a form of the income approach (trade name and noncompete agreement), the return is equal to the discount rate used to value that asset. Finally, the return for the assets valued under the excess earnings approach is also their discount rate.

It should be clear that the one asset that does not have a return is goodwill, and, admittedly, the return assigned is determined by trial and error. Essentially, the goodwill return is imputed based on determination of the overall weighted return needed to equal the WACC. By its nature, goodwill is the riskiest asset of the group, and therefore should require a return much higher than the overall business return. If a

goodwill return of, say, 10% is required to achieve a weighted return of approximately 16%, this signals a problem, and the analyst will have to go back and review and revise his or her work—something is wrong! Thus, in this calculation, the goodwill return of 23% suggests that goodwill is substantially riskier than all of the other assets, but, at a return of 23%, it is still well within reason for a proven going concern. Thus, we are satisfied that the returns chosen for each asset are reasonable.

## CASE STUDY 2: IMPAIRMENT UNDER SFAS NO. 142

SFAS No. 142 requires goodwill (and other indefinitely lived intangibles) to be tested at least annually for impairment. The first step of the two-step impairment test, used to identify potential impairment, compares the fair value of the reporting unit with its carrying amount, including goodwill.[20] If the carrying value of the reporting unit exceeds its fair value, step two is triggered. The second step of the goodwill impairment test requires determining the amount of goodwill impairment associated with the impairment of the fair value of the reporting unit.[21] All long-lived assets must be tested for impairment before the goodwill impairment test. Step two involves preparing what amounts to a new purchase price allocation, and it is possible that, if the fair value of the reporting unit is impaired, some of the recorded asset fair values may also be impaired.

In this section an impairment test is presented, assumed to be one year later, of the entity valued in Case Study 1: Determining Goodwill and Other Intangible Assets in a Business Combination. In this example, the reporting unit and the business enterprise are the same; thus, the impairment test is done at the enterprise level. Larger companies will have multiple reporting units that must be separately analyzed. Our sample company is private, and we have determined that the best tool available is a DCF.

Obviously, the universe of acquired and acquirees is not limited to private companies. If the reporting entity is public, the first thing management is going to look at is the stock price. Certainly, a material decline in a company's stock price may indicate something is amiss and may be evidence enough to trigger step one of the impairment test—determining the total impairment of the reporting unit. Many public companies may observe a decline in their stock price between the two dates, but it is not sufficient to simply quantify the price decline of the stock and conclude that is the impairment amount. The reporting unit must be analyzed in detail to determine permanent impairment. A decline in the stock price may indicate something is wrong, but further analysis must be performed to determine how much, if any, of the impairment is permanent or temporary.

Chapter 2 discusses the types of events that might indicate impairment of the fair value of the reporting unit. This example is presented to acquaint the reader with the mechanics of SFAS No. 142 impairment testing. While the initial triggers indicating step two may differ depending on whether the company is public or private (a material decline in the stock price for the former and an analysis of business fundamentals for

WILEY
Intellectual Property Series

# Valuation of Intellectual Property and Intangible Assets

Third Edition

GORDON V. SMITH RUSSELL L. PARR

# 3

# Intangible Assets and the Business Enterprise

The valuation of intangible assets or intellectual property always must be guided by the consideration as to whether that property achieves its highest and best use in combination with an aggregation of other assets or as an individual unit. While the purpose of this book is to focus on the valuation of intangible assets and intellectual property, these assets can be fully understood only within the context of the business enterprise. This is so because it is typically within that context that they attain their highest and best use and therefore their highest value.

## THE BUSINESS ENTERPRISE

Every business enterprise, from a pushcart vendor of hot dogs on the street to the largest multinational corporation, comprises three basic elements: *monetary assets* (net working capital), *tangible assets*, and *intangible assets*. These are the elements that comprise a business, and it also can be said that their aggregate value equals the value of the business enterprise. This is illustrated in Figure 3.1.




**Figure 3.1** Business Enterprise Assets

## Monetary Assets

Monetary assets, or net working capital, are defined as current assets less current liabilities. Current assets include:

- Cash
- Short-term investments, such as marketable securities
- Receivables from all sources, less reserves
- Inventories, including raw materials and work-in-process finished goods
- Prepayments

Current liabilities include:

- Accounts payable
- Current portions of long-term debt
- Federal income taxes and other accrued items

In most cases, there is an excess of current assets over current liabilities, and so net working capital is a positive amount. Certain businesses, however, are able to operate quite satisfactorily with an excess of current liabilities, or negative net working capital. These are usually businesses in which the customers pay in cash (such as a restaurant) so there is no delay in collections, or in which customers pay in advance for services rendered.

The elements of monetary assets appear on the financial balance sheet of a business. If the financials are audited, these elements are subject to auditor scrutiny. Reserves may be created to reflect, as an example, accounts receivable for which collection is doubtful, or for inventories of materials that are unlikely to be used. These accounts, therefore, tend toward conservatism, and, in our experience, it is not unreasonable to accept balance sheet amounts as commensurate with fair market value. On occasion it may be necessary to value some of these accounts independently, particularly if the entity's financial statements are not subject to audit.

## Tangible Assets

Tangible assets are usually shown on the balance sheet as "Plant, Property, and Equipment." Typically included in this asset category are the following classifications:

Land

Land Improvements
  Paving, fencing, landscaping, yard lighting, sewerage, fire protection

Buildings
  Building construction and services

Improvements to Leased Property
  Structural improvements, building services, power wiring, piping

Machinery and Equipment
  Machinery, power wiring, plant piping, laboratory equipment, tools

Special Tooling
  Dies, jigs, fixtures, molds

Drawings

Office Furniture and Equipment

Licensed Vehicles

Construction in Progress

The valuation of tangible assets is not a subject of this book, nor does it lend itself to a brief explanation. As we noted above, however, when we are quantifying a business enterprise and/or its underlying assets, we do so in units of value. Therefore, we cannot dismiss the need to place a value on tangible assets. In this book, when a tangible asset value is necessary in an explanation, we often use amounts from an accounting balance sheet. We do this as a reasonable substitute for a tangible asset appraisal, not in the belief that this technique is the equivalent of such an appraisal.

## Intangible Assets

Intangible assets and intellectual property usually do not appear on a company's balance sheet, but they are present in any case. This asset category might include an assembled workforce, trademarks, contracts, patents, designs, customer lists, accounting and operating systems and records, supplier/distributor relationships, and goodwill. Chapter 2 is devoted in its entirety to a description and classification of intangible assets and intellectual property.

We can add another element to the previously illustrated business equation by stating that the value of a business enterprise is also equal to the value of its invested capital, as shown in Figure 3.2.

This concept can be intuitively comfortable if we imagine the start-up of a business enterprise. At this point, the value of the business is represented by the money that has been collected to purchase the business assets needed. Typically this money comes from investors who buy common stock (equity) and investors who make loans to the business (debt). Thus the total dollars of equity and debt are all the business has to convert into other types of assets, and their sum is the value of the enterprise.

After the start-up, the managers of the business convert the investors' dollars into other assets with the intent of making a profit (providing investors with a return *on* their investment) and of increasing the value of the assets (providing investors with a return *of* their investment). The investors, in the meantime, have certain rights to the assets of the business, which are fluctuating in value according to the success of the enterprise. The rights of equity and debt investors are different. As long as the business is viable, the value of the debt investment is about equal to the unpaid balance (absent interest rate gyrations). The value of the equity investment floats up and down with the fortunes of the enterprise (or with the stock market's evaluation of those fortunes). So even after the start-up phase, the equation depicted in Figure 3.2 is applicable.




**Figure 3.2** Business Enterprise Equation

## Asset Portfolio

It is useful to think of a business enterprise as a portfolio of assets. In the investment world, the portfolio concept describes an aggregation of different types of investment put together for the purpose of reducing overall risk. As an example, let us consider a $50,000 investment comprised of the securities listed in Table 3.1.

As shown, the overall rate of return of this portfolio of investments is 8.50%. Investment theory tells us that the risk of achieving that rate of return with this portfolio is less than that of achieving it with a single security yielding 8.50%.

**Table 3.1** Investment Portfolio

| *Investment Type* | *Amount $* | *Return %* | *Return $* |
|---|---|---|---|
| Certificate of Deposit | $ 5,000 | 4.6% | $ 230 |
| Government Bond | 6,000 | 6.0% | 360 |
| Corporate Bond | 14,000 | 6.8% | 952 |
| High-yield Bond | 15,000 | 9.9% | 1,485 |
| Common Stock | 10,000 | 12.1% | 1,210 |
| Portfolio | $ 50,000 | | $ 4,237 |

**Portfolio Return Rate = $4,237/$50,000 = 8.5%**

emphasis can be placed on selecting comparable companies that have certain of the following characteristics:

- Significant holdings of the stock by institutional investors
- The availability of several research reports about the company from prominent security firms
- Active trading volume in the stock

Any one of these characteristics should provide some assurance that the market-determined price reflects the value opinions of many profit-seeking, risk-averting investors and that all of the relevant and available information about the company and its intellectual property is reflected in the stock price from which market multiples are derived. Other than taking One Product Company, Inc., public, so that the market can directly value the business enterprise, the use of efficiently priced surrogates must suffice. Suppose that we have identified efficiently priced market surrogates, and assume that the value of the invested capital of One Product Company, Inc., has been determined at $81,775,000. Allocation of this amount to the assets that comprise the company provides an indication of the value of the intellectual property that may be present.

### Business Enterprise Value—Asset Allocation

Table 7.2 presents the allocation of the overall business enterprise value among the assets that comprise the business. Starting from the fair market value for the business enterprise of $81,775,000, the value of all identified assets is subtracted. The residual provides an indication of value for all of the intangible assets, including the patent.

**Table 7.2** One Product Company, Inc.—Allocation of the Business Enterprise Value

| | |
|---|---|
| Business enterprise value | $81,775,000 |
| Net working capital | $4,325,000 |
| All fixed assets | $29,200,000 |
| Indicated value of intangible assets and intellectual property | $48,250,000 |

### Balance Sheet

In this example, the balance sheet amount of net working capital was considered to represent its fair market value. Accounts receivable are expected to turn over quickly into cash, and inventories were accounted for using a basis that reflects the latest cost to create product. The current liabilities also are considered to represent very near term expenses that will be paid in current dollars. As such, $4,325,000 of the business enterprise value is identified as the working capital. The fair market value of tangible assets is typcially determined using the generally accepted market approach valuation techniques previously discussed.

### Land, Buildings

Land originally cost the company $200,000 and is presented on the balance sheet at that amount. Since the original purchase date, the price in this example at which comparable industrial land in the same geographical area sells is about the same amount per acre. A real estate expert typically would be consulted to assist with the valuation of the land. The fair market value of the land is shown on Table 7.1 as $200,000. Similarly, the industrial building can be valued. A real estate expert would review the prices at which recent transactions of comparable buildings of similar design and utility have exchanged within the same geographical area. The process requires comparison of many factors, including construction type, access to major highways, adequacy of ceiling height, type of power and heating sources, adequacy of maintenance, and consideration of the amount of wear and tear (physical depreciation) that is present. The costs that would be incurred to construct a new building also come into play as an indication of the value of the existing structure; once again, this is after allowing for the "used" condition of the building. As shown on the allocation schedule, the building is considered to have a fair market value that is equal to the original purchase price of $5,000,000 and is included in the $29,200,000 allocated to fixed assets.

### Production, Office Equipment, and Vehicles

The production equipment, office equipment, and vehicles can all be valued, usually by using the cost or market approaches to value. Depending on the condition and age, each of the assets is valued. Also, consideration must be given to the demand for the specific pieces of equipment. The vehicles may include company cars and delivery trucks. These vehicles can be easily used by many other types of companies, and thus they are in demand. This liquidity allows support for a strong



underlying val
ized, the mark
used. The curr
mand. After c
value conclusi
portant to note
as part of the g
having the eq
than the price
up testing. In t
sentative of th
59% of the all
property of the
of intellectual




Figure 7.2

as considered to
ed to turn over
; that reflects the
ered to represent
:h, $4,325,000 of
The fair market
accepted market

the balance sheet
n this example at
a sells is about the
consulted to assist
land is shown on
: valued. A real es-
ons of comparable
hin the same geo-
:ors, including con-
ing height, type of
:onsideration of the
sent. The costs that
.o play as an indica-
is after allowing for
cation schedule, the
:qual to the original
200,000 allocated to

:an all be valued, usu-
ıding on the condition
ust be given to the de-
may include company
by many other types of
ws support for a strong



underlying value. If, however, some of the production equipment is very specialized, the market may not provide strong demand for specialized machinery that is used. The current value of the specialized equipment must reflect this limited demand. After considering all of these factors, the allocation schedule provides value conclusions for the tangible assets of One Product Company, Inc. It is important to note that the assigned values represent the value of the tangible assets as part of the going concern. This includes an amount that represents the value of having the equipment in place and fully productive—an amount that is higher than the price of similar equipment from the dealer before installation and start-up testing. In this example, we have used the original cost information as representative of the fair market value for the tangible assets. Figure 7.2 shows that 59% of the allocated value is attributed to the intangible assets and intellectual property of the company. Somewhere in that amount is the value of a specific item of intellectual property.




**Figure 7.2** One Product Company, Inc.—Allocation of Business Enterprise Value

### Intangible Assets

The amount that still remains unallocated is considered to represent the value of all intangible assets, including the value of the patented intellectual property. In order to isolate the value of the patent, all other intangible assets of the company must be identified and valued. Chapter 2 lists the many different types of intangible assets that companies possess. The number and variety of intangible assets possessed by any one company depends to a large extent on the type of business in which the company is engaged. Some companies may possess long-term supply contracts that provide scarce raw materials at a price advantage. Other companies may have many sources of raw materials and no such contracts. Listed are the most typical intangible assets that might be found in a manufacturing company such as One Product Company, Inc.

Computer software

Trained workforce

Corporate practices

Engineering specifications

### True Nature of Goodwill

Goodwill is not specifically identified as a separate intangible asset. In this example, the company does not possess separate elements of goodwill. A company may be successful and continuing but not possess goodwill. Continued patronage may best be associated with other intangible assets, such as trademark recognizability or patented product attributes. Goodwill is not a distinct and independent asset, as the IRS and various courts would assert. Its value rises from the inability or lack of inclination to properly value intangible assets and intellectual property. All of the positive attributes and characteristics cited as evidence of a goodwill asset are really attributes and characteristics of specific intangible assets and intellectual property. All of the qualifying statements used to describe goodwill are more correctly associated with specific company assets:

- The characteristics, and associated value, of loyal customers that make regular and frequent purchases are not due to an amorphous asset called goodwill but are derived specifically from loyalty to a trademark.
- Customer loyalty may arise from superior product utility. Customers may feel secure about the quality of the products they will purchase. However,

Case 3:07-cv-01269-ARC Document 390-36 Filed 08/29/11 Page 30 of 34



this comes from patented technology or from the intangible asset of quality control procedures, not vaporous goodwill.

- Returning to a company for its superior service is not due to goodwill but a reaction by customers to a well-trained workforce.
- Universal availability of a product is not goodwill. It is the sign of an enormous and finely tuned distribution network.

Allocation of the remaining amount of business enterprise value is ideally not complicated by allocating an amount to goodwill. Completion of the One Product Company, Inc., allocation requires determination of the value of the intangible assets previously listed. The valuation of each of these intangible assets is discussed next with reference to the valuation methodology considered most appropriate. After they are all valued, the residual amount is attributed to the patented product because all other assets of significance have been identified and valued.

### Computer Software

Computer software is the programming that allows the computer hardware to provide powerful management controls. The value of the computer hardware already has been captured as part of the value associated with office equipment, but this value does not always capture the costs associated with the computer software asset. Typical software for a manufacturing company includes inventory control, payroll, accounts receivable, general ledger, sales analysis, property records, shareholder records, personal data, and other programs, depending on the amount of data processing that is conducted in-house. The value of this software can easily involve millions of dollars. Most often, the software is a collection of packaged programs purchased from software vendors and custom programs developed in-house by company employees. The value of the computer software can best be determined by estimating the amount that would have to be spent, in current dollars, to recreate the existing asset. Part of this cost would include the purchase of a program package from a software vendor. The cost to create the custom programs represents the salary, benefits, and overhead costs to dedicate one or more programmers for the time that would be needed to re-create the custom software. When one considers that much of any company's software has been developed over many years, the cost to re-create can mount. When all of the proper costs associated with re-creating the existing software are aggregated, the computer software for this example is considered to have a fair market value of $750,000. We are assuming in this case that the software, for

which this exercise represents reproduction, possesses 100% of its original utility. The assumption is that the software for which a value is sought and the estimate of cost to reproduce used to value the software are consistent with regard to state-of-the-art software. If the software being valued is not optimal, then adjustments to the cost approach value may be needed to reflect obsolescence. The forms of obsolescence are discussed in more detail later in this chapter.

### Engineering Specifications

Engineering specifications include all of the know-how that is associated with the design and assembly of the product. This type of intangible asset includes:

- Raw material specifications
- Product drawings
- Assembly drawings and procedures
- Quality control criteria and procedures
- Tooling designs

This collection of intangible assets allows the product to be assembled efficiently at the lowest possible cost while maintaining a prescribed level of quality. The value of such engineering specifications can be developed much in the same way that the value of the software was developed. The process involves estimates of the amount of employee time it would take to re-create these components of know-how. The costs are the salary and benefits of the engineering, production, purchasing, and quality-control executives who are responsible for establishing these vital procedures. As with the software, the amount involved can be substantial. Assuming that the proper analysis has been completed, the value of engineering specifications for One Product Company, Inc., is considered to be $2,550,000.

### Corporate Practices and Procedures

Corporate practices and procedures are similar to engineering specifications but are broader. The elements of corporate procedures for a manufacturing company can include:

- Insurance purchasing practices
- Personnel policies

- Purchasing procedures
- Warehousing and distribution methods
- Financial analysis and reporting functions
- Vacation and benefit administration
- Production scheduling methods

In general, the corporate practices and procedures are the "spark plugs" of a company's "engine." They allow the employees and the company assets to synchronize into a going concern. Once again, the value of this intangible asset can be established by considering the time, effort, and associated cost in salary and benefits to have these procedures re-created and placed into the operating business. For this example, corporate practices have been valued at $4,200,000. It is important to note that the intangible assets that have been discussed thus far are not the types of assets that can readily be sold to another party separate from the organization within which they reside. However, this does not mean that they are of any less importance than the land, buildings, and machinery. These know-how and corporate procedure intangible assets are also responsible for the income-generating capacity of the company.

### Workforce

Finally, we have the intangible assets of an assembled and trained workforce. Suffice it to say that the intimate knowledge of a workforce that knows their respective jobs and how to operate within the established corporate procedures is a valuable intangible asset indeed. For this example, we have concluded that a detailed application of a cost-approach methodology indicated the value of the workforce to be $4,500,000.

### Enterprise Allocation

Table 7.3 presents the business enterprise allocation schedule incorporating the value of all the intangible assets that One Product Company, Inc., possesses. The residual amount is an indication of the value of the patent. As a result of application of the market approach, an indication of value for the patent of One Product Company, Inc., is reasonably stated in the amount of $36,250,000. This application of the market approach indirectly provides an indication of the fair market value of intellectual property. Even though specific transactions of intellectual property may not be identifiable, application of the market approach is still possible if the market can provide assistance in valuing the business enterprise in which the intellectual property resides.

**Table 7.3** One Product Company, Inc.—Allocation of Business Enterprise Value

| | |
|---|---|
| Business enterprise value | $81,775,000 |
| Net working capital | $4,325,000 |
| All fixed assets | $29,200,000 |
| Indicated value of intangible assets and intellectual property | $48,250,000 |
| Identified intangible assets | $12,000,000 |
| Intellectual Property—Patented Technology | $36,250,000 |

Figure 7.3 shows the allocation of value with 44% attributed to the patented technology. Considering the enormous importance of intellectual property, it is not surprising that such a substantial amount is intellectual property value.

## Market Approach Summary

Within this procedure is the underlying assumption that the patented product is being optimized. We are assuming that best efforts are being made to expand application of the patented device and that other uses with economic potential are being studied and/or exploited. This assumption is also required for the market transactions of comparable property that are used as an indication of value. Application of this methodology is not limited in any way to companies that possess only one item of intellectual property. The approach can be used equally well to value an intellectual property possessed by a multinational company that operates a diversified line of businesses. A good way to focus on a specific item of property is to isolate a business enterprise from within the diversified corporation that derives economic gains from employment of the intellectual property for which a value is desired. Income statements and balance sheets will have to be developed for the isolated enterprise reflecting the sales, expenses, working capital, fixed assets, intangible assets, and intellectual property that comprise the subset of the diversified company. Care must be taken to ensure that all intangible assets of significance are identified. Each one must be valued so that the residual amount of business enterprise value can be confidently allocated to the intellectual property for which an indication of value is desired.

In the beginning of this chapter, we discussed how the market valued the patented contraceptive sponge product possessed by VLI Corporation. If the patent associated with our example company were proven invalid or lost, we would expect the business enterprise value of One Product Company, Inc., to drop in value. The market multiple used in the enterprise valuation would have



Intangi
1

Figure 7.3

to reflect the in
cash flow woul
company woul
would not be ex
product. It is ex
of the unpatent
pressures.

THE COST AI

The cost approa
ing the amount

:terprise Value

| |
|---|
| $81,775,000 |
| $4,325,000 |
| $29,200,000 |
| $48,250,000 |
| $12,000,000 |
| $36,250,000 |

:ed to the patented l property, it is not value.

:nted product is be- to expand applica- potential are being the market transac- alue. Application of ıt possess only one well to value an in- . operates a diversi- :m of property is to oration that derives for which a value is ıe developed for the ital, fixed assets, in- set of the diversified ts of significance are nt of business enter- ›erty for which an in-

ıe market valued the Corporation. If the ı invalid or lost, we :t Company, Inc., to 'aluation would have






**Figure 7.3** One Product Company, Inc.—Allocation of Business Enterprise Value

to reflect the impact on profits from unbridled competition. Lower earnings and cash flow would be expected due to higher competition, and an investment in the company would be riskier. The allocation of value to all of the other assets would not be expected to leave any residual amount for allocation to the patented product. It is expected that the company still could generate an income from sale of the unpatented product, but at a lower level because of competitive pricing pressures.

## THE COST APPROACH

The cost approach seeks to measure the future benefits of ownership by quantifying the amount of money that would be required to replace the future service