# Exhibit KK
# FILED SEPARATELY UNDER SEAL